HERBERT P. BISSELL, as Receiver of LINUS JONES PECK & COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.

*Bissell* v. *State of New York,* 70 App. Div. 238, affirmed.
(Argued December 14, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1902, which affirmed a decision of the Court of Claims dismissing the plaintiff's claim.

*Fletcher C. Peck*, for appellant.

*John Cunneen*, Attorney-General (*S. S. Taylor* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN and WERNER, JJ. Absent: HAIGHT and VANN, JJ.